## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN CLANCY and RUTH CLANCY,** | **CASE NO. 3:14-cv-00663-AET-TJB** |
| **Plaintiffs,** | |
| **vs.** | |
| **ALLSTASTE INSURANCE COMPANY,** | |
| **Defendant.** | |

## CORPORATE DISCLOSURE STATEMENT
## OF ALLSTATE INSURANCE COMPANY

Defendant, Allstate Insurance Company, (hereinafter "Allstate" or "Defendant"), a foreign corporation, which appears solely in its capacity as a Write-Your-Own ("WYO") Program insurance carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended,[1] in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] by and through the undersigned counsel, by way of complying with Rule 7.1 of the Federal Rules of Civil Procedure, Allstate hereby submits the following Corporate Disclosure Statement:

The undersigned counsel for Allstate Insurance Company certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

---

[1] See 42 U.S.C. §4001 et seq.
[2] 44 C.F.R. §62.23(f).
[3] 42 U.S.C. §4071(a)(1); Van Holt v. Liberty Mut. Fire Ins. Co., 163 F.3d 161, 165 (3d Cir. 1998).

- Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company.

- Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation.

- The stock of The Allstate Corporation is publicly traded.  No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

Neither Allstate, nor any of its parents, subsidiaries or affiliates has any direct financial interest in the outcome of this litigation as Allstate is appearing herein in its "fiduciary" capacity as the "fiscal agent" of the United States, and as a WYO Program carrier participating in the NFIP.  See, 42 U.S.C. §4001, et seq.

Further, the party in interest in this matter is the NFIP, as all claims payments under a Standard Flood Insurance Policy are paid with U.S. Treasury funds (not the funds of Allstate) pursuant to the Arrangement by and between the Federal Emergency Management Agency and the WYO Program carriers, such as Allstate.  See, 44 C.F.R. Pt. 62, App. A, Articles II and III; see also, 42 U.S.C. § 4017.

**WHEREFORE**, Defendant, Allstate Insurance Company, prays that this disclosure be deemed good and sufficient, and in accordance with the appropriate Federal and Local Rules.

Dated:  June 6, 2014.

Respectfully submitted,

CARROLL MCNULTY & KULL LLC

*/s/ Katherine Lyons, Esq        .*
Katherine Lyons, Esq.
CARROLL MCNULTY & KULL LLC
120 Mountain View Boulevard
P.O. Box 650

Basking Ridge, New Jersey 07920
Telephone No.: (908) 848-6300
Fax No.: (908) 848-6310
Email: klyons@cmk.com
*Local Counsel for Defendant,*
*Allstate Insurance Company*

And

**NIELSEN, CARTER & TREAS, LLC**

Robert W. Tschirn, Esq. LA S.B. 31994
(pending admission *pro hac vice*)
Deani B. Milano, Esq. LA S.B.  24358
(pending admission *pro hac vice*)
NIELSEN, CARTER & TREAS, LLC
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500; F: (504) 832-9165
Email: rtschirn@nct-law.com
      dmilano@nct-law.com
*National Counsel for Defendant,*
*Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2014, I electronically filed the foregoing pleading with the Clerk of Court in a manner authorized by Federal Rule of Civil Procedure 5(b)(1) by using the CM/ECF system, which will send notice of electronic filing to the following:

Robert T. Trautmann, Esq.
Charles R. Mathis IV, Esq.
125 Half Mile Road, Suite 200
Red Bank, NJ 07701
rtrautmann@merlinlawgroup.com
cmathis@merlinlawgroup.com
*Attorneys for Plaintiffs*

Respectfully submitted,

**CARROLL MCNULTY & KULL LLC**

*/s/ Katherine Lyons, Esq        .*
Katherine Lyons, Esq.
CARROLL MCNULTY & KULL LLC
120 Mountain View Boulevard
P.O. Box 650

Basking Ridge, New Jersey 07920
Telephone No.: (908) 848-6300
Fax No.: (908) 848-6310
Email: klyons@cmk.com
*Local Counsel for Defendant,*
*Allstate Insurance Company*