

**MERLIN**
LAW GROUP, PA

RED BANK, NJ
125 HALF MILE ROAD
SUITE 200
RED BANK, NJ 07701
TELEPHONE: (732) 933-2700

FAX: (732) 933-2702

January 6, 2015

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 7E
Trenton, New Jersey 08608

**Re:**   **Clancy v. Allstate Insurance Company**
        **Civil Action No. 14-663**

Dear Judge Bongiovanni:

     As the Court is aware, the undersigned is counsel to the Plaintiff in the above matter. I write at this time in regards to the letter filed by counsel for the Defendant requesting an adjournment of the mediation scheduled for Thursday, January 8, 2015 until such time as expert discovery is completed. Insofar as the Defendant is not currently in a position to mediate this matter, I would join in the Defendant's request to adjourn the mediation.

     Respectfully submitted;

                                  Merlin Law Group

                                  /s/ Robert T. Trautmann
                                  Robert T. Trautmann, Esq.
                                  Counsel for Plaintiff