**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(609) 989-2040**

| | |
|---|---|
| **CHAMBERS OF**<br>**TONIANNE J. BONGIOVANNI**<br>**UNITED STATES MAGISTRATE JUDGE** | **U.S. COURTHOUSE**<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

February 9, 2015

## LETTER ORDER

Re:  **Clancy, et al. v. Allstate Insurance Company**
     **Civil Action No. 14-663 (AET)**

Dear Counsel:

By previous order, all discovery was to have been conducted by January 30, 2015. [Docket Entry No. 17]. By letter dated January 28, 2015 [Docket Entry No. 18], defense counsel advised that he literally just received from Plaintiff's counsel, proposed dates for the remaining discovery: January 30, 2015 for the deposition of Plaintiff's expert, Mr. Remion; February 5, 2015 for inspection of property; no date for deposition of Plaintiff's expert Mr. Marin.

Needless to say, the Court is frustrated not only by the parties' failure to comply with its Order and even more so, by failure of Plaintiff to apprise the Court of the apparent scheduling issues and failure to seek an extension of the deadline.

To be clear, ALL discovery is to be completed by **February 27, 2015**. If either party has difficulty securing the cooperation of the other, notify the Court promptly.

A Final Pretrial Conference is set for **March 17, 2015 at Noon**. Parties should be prepared to discuss settlement during the conference.   The Joint Final Pretrial Order is due March 10, 2015.

      IT IS SO ORDERED.

                                                           s/ Tonianne J. Bongiovanni
                                                 **TONIANNE J. BONGIOVANNI**
                                                 **United States Magistrate Judge**